KATHERINE ACUFF, CHRIS JABLONOWSKI, AND HANNA HAILE, INDIVIDUALLY AND ON BEHALF OF PERRIER CONDOMINIUM OWNERS' ASSOCIATION, INC.

VERSUS

DWAYNE TREECE, PHALLON TREECE AND GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER

* NO. 2024-C-0058

* COURT OF APPEAL

* FOURTH CIRCUIT

* STATE OF LOUISIANA

*

*

* * * * * * *

**JENKINS, J., DISSENTS**

I respectfully dissent for the reasons assigned by Judge Ervin-Knott.